BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-00196-LJO-SKO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| LUIS RICARDO ESLAVA-CORRAL, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Luis Ricardo Eslava-Corral, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      Pursuant to 21 U.S.C. § 853, defendant Luis Ricardo Eslava-Corral's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a.   Approximately $3,104,661.00 in U.S. Currency.

2.      The above-listed asset constitutes property derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation or is property used, intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A), 846, and 952.

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the United

1   States Marshals Service in its secure custody and control.

2        4.      a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish

3   notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a

4   designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be

5   posted for at least 30 consecutive days on the official internet government forfeiture site

6   www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice

7   to any person known to have alleged an interest in the property that is the subject of the order of

8   forfeiture as a substitute for published notice as to those persons so notified.

9             b. This notice shall state that any person, other than the defendant, asserting a legal

10  interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

11  first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

12  within thirty (30) days from receipt of direct written notice, whichever is earlier.

13       5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this

14  Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be

15  addressed.

16  IT IS SO ORDERED.

17       Dated:   **September 25, 2014**            **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28