BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS RICARDO ESLAVA-CORRAL,<br><br>Defendant. | CASE NO. 1:14-cr-0196 LJO-SKO<br><br>STIPULATION REGARDING CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through hiS counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 2, 2015.

2. By this stipulation, the parties move to vacate the current sentencing date and continue the matter to May 11, 2015, at 10:15 a.m., before U.S. District Judge Lawrence J. O'Neill in order to effectuate the terms of the plea agreement.

////

////

////

////

1

IT IS SO STIPULATED.

DATED:      February 24, 2015.      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Karen A. Escobar*_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:      February 24, 2015.

*/s/ Kyle Humphrey* _____
KYLE HUMPHREY
Counsel for Defendant Eslava-Corral

**O R D E R**

IT IS SO ORDERED.

Dated:   **February 24, 2015**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

2