BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-0196 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE; ORDER |
| LUIS RICARDO ESLAVA-CORRAL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 22, 2015.

2. By this stipulation, the parties move to vacate the current sentencing date one last time and continue the matter to July 20, 2015, at 10:15 a.m., in order to effectuate the terms of the plea agreement.

////

////

////

////

1

IT IS SO STIPULATED.

DATED:       June 18, 2015.          Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                     */s/ Karen A. Escobar*_____
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney


DATED:       June 18, 2015.

                                     */s/ Kyle Humphrey* _____
                                     KYLE HUMPHREY
                                     Counsel for Defendant Eslava-Corral


**O R D E R**


IT IS SO ORDERED.

   Dated:   **June 18, 2015**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE